IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:94CR87-GCM

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | |
| | ) | ORDER |
| LAZARO MARTINEZ (1) | ) | |
| | ) | |

This matter is before the Court upon its own motion. The Court hereby quashes the arrest warrant issued as to this defendant on December 22, 1998.

IT IS SO ORDERED.

Signed: March 21, 2017

Graham C. Mullen
United States District Judge